DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHAUNCEY JAMES GARDNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D20-3553

_____

September 23, 2022

Appeal from the Circuit Court for Polk County; Jalal Harb, Judge.

Chauncey James Gardner, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford
Taylor, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

MORRIS, C.J., ATKINSON and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.